YOUNGER ET AL V. THE STATE.

1.  PRACTICE IN CIRCUIT COURT :   *Judgment on bad indictment.*
    No judgment should be rendered against a defendant found guilty on a bad indictment, though no motion in arrest be made.

APPEAL from *Franklin* Circuit Court.
Hon. W. D. JACOWAY, Circuit Judge.

*W. W. Mansfield*, for appellant:
Cited: *Johnson* v. *State*, 36 *Ark.* 242; *Keith* v. *State*, *ante* 96.

ENGLISH, C. J.   The indictment in this case is like that in *State* v. *Keith*, *ante* 96, and in *Johnson* v. *State*, 36 *Ark.* 242.

No motion in arrest of judgment was filed, but the indictment being bad in substance, no judgment should have been rendered thereon against appellants.

Reversed and remanded, with instructions to the Court below to arrest the judgment.